UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INTL FCSTONE FINANCIAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No: 2020-cv-03764 |
| | ) |
| PAUL K. YOON, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Paul K. Yoon, through counsel, submits this Motion for Extension of Time to Respond to Plaintiff's Complaint.

1. Plaintiff does not object to this motion.

2. Plaintiff filed its Complaint in this matter on June 26, 2020. [Dkt. #1.] Plaintiff served Defendant by delivering copies of the Complaint and Summons to Defendant's wife on June 27, 2020. [Dkt. #6.] Plaintiff did not request that Defendant waive service of process. Had Plaintiff requested that Defendant waive service of process, Defendant would have agreed to that request, waived service, and had 60 days to respond to the complaint.

3. Promptly after service, Defendant sought counsel and interviewed attorneys. Defendant only recently retained the law firm of Kopecky Schumacher Rosenburg LLC.

4. Defendant sought, and received an extension of time to respond to Plaintiff's Complaint to August 19, 2020. [Dkt. Nos. 9 and 12.]

5. The parties have engaged in settlement negotiations and are in the process of exchanging certain documents.

6. Defendant requests a two-week extension of time to respond to Plaintiff's Complaint, to September 2, 2020.

WHEREFORE, Defendant Paul K. Yoon requests that the Court extend the deadline for Defendant's to respond to Plaintiff's Complaint to September 2, 2020.

Dated August 17, 2020

                                          Respectfully submitted,

                                          PAUL K. YOON

                          By:   /s/ James L. Kopecky
                                One of his attorneys

James L. Kopecky
Daryl M. Schumacher (#6244815)
Kopecky Schumacher Rosenburg PC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 380-6556

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 17, 2020, I served Defendant's Motion for Extension of Time on counsel of record for this matter via e-mail and via the ECF system on:

Seth Darmstadter
Matthew R. Lasky
Michelman & Robinson, LLP
200 South Wacker Drive, Ste 2900
Chicago, IL 60606
sdamstadter@mrllp.com
mlasky@mrllp.com