## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| INTL FCSTONE FINANCIAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 2020-cv-03764 |
| | ) | |
| PAUL K. YOON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S REPLY IN SUPPORT OF HIS
## MOTION TO COMPEL ARBITRATION

Defendant, Paul K. Yoon, through counsel, respectfully submits this Reply in Support of his Motion to Compel arbitration pursuant to Section 4 of the Federal Arbitration Act and states in support:

1.     Plaintiff INTL FCStone Financial, Inc.("INTL") filed this action seeking relief for alleged conduct related to Defendant Yoon's customer application ("Application") and trading account. (Complaint, ¶ 5).

2.     Defendant Yoon's Application contains an arbitration provision. (Exhibit 1 to Complaint, p. ¶ 26).

3.     Defendant Yoon filed his Motion to Compel arbitration on September 2, 2020, demanding that Plaintiff's claims proceed in arbitration.

4.     Plaintiff INTL responded on September 14, 2020, requesting that Defendant Yoon elect an arbitral forum within 45 days.

5.     On October 5, 2020, Defendant Yoon elected to proceed in arbitration with the National Futures Association ("NFA").

6.     Plaintiff INTL has not dismissed this action nor filed its claims with the NFA.

For these reasons, Defendant Yoon respectfully requests that this Court compel Plaintiff INTL to arbitration.

Dated October 16, 2020

Respectfully submitted,

PAUL K. YOON

By: /s/ Daryl M. Schumacher
One of his attorneys

Daryl M. Schumacher (6244815)
James L. Kopecky (6225359)
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 380-6556

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on October 16, 2020, he caused the foregoing document to be served upon all counsel of record via the ECF filing system.

/s/ Daryl M. Schumacher